ACCEPTED
01-15-00700-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 12:31:53 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00700-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 12:31:53 AM
CHRISTOPHER A. PRINE
Clerk

IN THE FIRST COURT OF APPEALS
AT HOUSTON, TEXAS

LEROY EDWARD JANECKA, JR.

Defendant – Appellant

vs.

THE STATE OF TEXAS

Plaintiff – Appellee

On Appeal from the Second 25th District Court
of Colorado County, Texas
Hon. Michael McCormick Presiding
Trial Court Cause No. 15-042-CR

APPELLANT'S CORRECTED MOTION TO DISMISS APPEAL

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellant Leroy Edward Janecka, Jr. files this corrected motion to

dismiss appeal, and in support thereof respectfully states as follows:

Appellant wishes to dismiss this appeal because he has entered into a

plea agreement in Trial Court Cause No. 15-096-CR, *State v. Leroy Edward

Janecka*, with the agreement being that No. 15-096-CR would be dismissed

if this appeal was dismissed. Mr. Janecka has consulted with his attorney on

appeal in this case, and with the Colorado County Public Defender's Office,

which represents him in the case just referenced. Attached to this motion is the November 2, 2015 letter from the Colorado County Public Attorney's Office addressed to this writer discussing that agreement, which is signed by both Mr. Janecka and his trial counsel in No. 15-096-CR. Accordingly, appellant Leroy Edward Janecka, Jr. asks this court to dismiss this appeal. Pursuant to Tex. R. App. P. 42.2(a), appellant has signed this motion indicating he wishes to have this appeal dismissed.

WHEREFORE, PREMISES CONSIDERED, appellant Leroy Edward Janecka, Jr. respectfully prays that this court grant this motion and dismiss the appeal.

Respectfully submitted,

_____
LEROY EDWARD JANECKA, JR.

_____ and
GREGORY SHERWOOD
ATTORNEY
P.O. Box 200613
Austin, Texas 78720-0613
(512) 484-9029
Texas Bar No. 18254600

Court-Appointed Attorney on Appeal
for appellant Leroy Edward Janecka, Jr.

2

## CERTIFICATE OF SERVICE

I hereby certify that this document was served by first class U.S. mail upon the attorney representing the State in this appeal, County Attorney Jay E. Johannes, Colorado County Attorney's Office, Colorado County Courthouse, 400 Spring, Room 204, Columbus, Texas 78934, and upon the attorney representing appellant in Trial Court No. 15-096-CR, Louis A. Gimbert, Colorado County Public Defender's Office, 400 Spring Street, Suite 102, Columbus, Texas 78934, on November 16, 2015.

_____
GREGORY SHERWOOD

## Certification of Word Count Compliance

According to the WordPerfect program used to create this document, there are 379 words in this document.

_____
GREGORY SHERWOOD

3

**PUBLIC DEFENDER**
K. S. "GATOR" DUNN

**TELEPHONE**
(979) 732-9425

**ASSISTANT PUBLIC DEFENDER**
LOUIS A. GIMBERT

**FACSIMILE**
(979)732-2934

November 2, 2015

Law Office of Gregory Sherwood
State and Federal Appeals in Texas
PO Box 200613
Austin, Texas 78720

Re:  State of Texas v. Leroy Janecka, Jr.; Cause No. 15-096

Mr. Sherwood:

I represent Leroy Janecka, Jr. for a charge of Manufacture / Delivery of a Controlled Substance in Penalty Group 1, between 4 and 200 grams, in Cause No. 15-096. As I understand, Mr. Janecka was already convicted in several counts of CR 15-042, and has filed a notice of appeal under that cause number.

Mr. Janecka has reached an agreement with the Colorado County Attorney's office to abandon his appeal of his convictions under cause number CR 15-042. In return, Mr. Johannes has agreed to dismiss Cause No. 15-096.

If you would please file the necessary paperwork to dismiss the appeal on Mr. Janecka's behalf, I would greatly appreciate your assistance. Upon receipt of conformation of the dismissal of the appeal, I would ask that you forward same to me so I can secure the dismissal of Cause No. 15-096.

Sincerely,

Louis A. Gimbert
Assistant Public Defender

Consented to: Leroy Janecka Jr.
Leroy Janecka, Jr.